**UNITED STATES of America, Appellee,**

v.

**John FRANZESE, also known as "Sonny," Appellant.**

**No. 616, Docket 35531.**

United States Court of Appeals, Second Circuit.

Argued Jan. 21, 1971.

Decided March 2, 1971.

Thomas P. Puccio, Asst. U. S. Atty., Brooklyn, N. Y. (David G. Trager, Asst. U. S. Atty., and Edward R. Neaher, U. S. Atty., for Eastern District of New York, Brooklyn, N. Y., on the brief), for appellee.

Maurice Edelbaum, New York City (James M. LaRossa, New York City, on the brief), for appellant.

Before MEDINA, HAYS and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm on the opinion of Chief Judge Mishler below, 321 F.Supp. 993 (E.D.N.Y.1970).